### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **: Chpt 13** |
| Louis A. Garozzo | : |
| Patricia A. Garozzo | : |
| | **: Bankruptcy No: 21-10598-amc** |
| *Debtors* | |

### O R D E R

AND NOW, this _____ day of _____ 2021, upon consideration of Debtors Motion, it is hereby,

ORDERED AND DECREED that the Debtors shall be allowed an extension of time until 4/8/21, by which date all required documents must be filed.

BY THE COURT:

**Date: March 25, 2021**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE