Certificate Number: 15322-PAE-DE-035471952

Bankruptcy Case Number: 21-10598



15322-PAE-DE-035471952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2021</u>, at <u>9:19</u> o'clock <u>PM CDT</u>, <u>Patrcia Garozzo</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 17, 2021            By:    /s/Richard Reibeling

                                  Name:  Richard Reibeling

                                  Title: Certified Credit Counselor