Certificate Number: 15322-PAE-DE-035471951

Bankruptcy Case Number: 21-10598



15322-PAE-DE-035471951

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2021</u>, at <u>9:19</u> o'clock <u>PM CDT</u>, <u>Louis A Garozzo</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 17, 2021</u>        By:   <u>/s/Richard Reibeling</u>

                                   Name: <u>Richard Reibeling</u>

                                   Title: <u>Certified Credit Counselor</u>