## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 21-10598(AMC) |
| LOUIS A. GAROZZO and | : CHAPTER 13 |
| PATRICIA A. GAROZZO | : |
| | : HEARING SCHEDULED FOR |
| Debtors | : JUNE 23, 2021 AT 11:00 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Body & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on June 3, 2021, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: June 3, 2021     By: /s/ Regina Cohen
                           Regina Cohen, Esquire
                           Attorneys for Ally Bank

## SERVICE LIST

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut Street
Suite 1510
Philadelphia, PA 19102
(Via ECF Only)

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Louis A. Garozzo
Patricia A Garozzo
148 Daly Street
Philadelphia, PA 19148

2250975v1