| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10598-AMC**

| | |
|---|---|
| Louis A Garozzo | Petition Filed Date: 03/11/2021 |
| Patricia A Garozzo | 341 Hearing Date: 05/07/2021 |
| 148 Daly Street | Confirmation Date: |
| Philadelphia  PA   19148 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $2,143.00 | 614975040 | 05/26/2021 | $2,143.00 | 614976647 | | | |

**Total Receipts for the Period:  $4,286.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL »» 05S | Secured Creditors | $12,991.51 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL »» 05U | Unsecured Creditors | $6,492.95 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL »» 06S | Secured Creditors | $2,406.53 | $0.00 | $0.00 |
| 4 | ALLY FINANCIAL »» 06U | Unsecured Creditors | $4,394.82 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10598-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,286.00 | Current Monthly Payment: | $2,143.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $364.31 | Total Plan Base: | $128,580.00 |
| Funds on Hand: | $3,921.69 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.