IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-10598(AMC) |
| LOUIS A. GAROZZO and | : | CHAPTER 13 |
| PATRICIA A. GAROZZO | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 23, 2021 AT 11:00 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY BANK
RELIEF FROM THE AUTOMATIC STAY AND
WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2017 Toyota Tacoma, VIN: 5TFSZ5AN1HX077257 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

**Date: June 23, 2021**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies mailed to: See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut Street
Suite 1510
Philadelphia, PA 19102
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Louis A. Garozzo
Patricia A Garozzo
148 Daly Street
Philadelphia, PA 19148