UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Louis A Garozzo<br>    Patricia A Garozzo<br><br>            Debtors | Chapter 13<br>Bankruptcy No.21-10598-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of June, 2021, by first class mail upon those listed below:

Louis A Garozzo
Patricia A Garozzo
148 Daly Street
Philadelphia, PA  19148

**Electronically via CM/ECF System Only:**

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1510
PHILADELPHIA, PA  19102-3500

                                                                                        */s/ Deborah A. Earnshaw*
                                                                                        Deborah A. Earnshaw
                                                                                        for
                                                                                        Scott F. Waterman, Esquire
                                                                                        Standing Chapter 13 Trustee