L.B.F. 3007-1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTIRCT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Louis Garozzo ) | |
| Patricia Garozzo ) | Case No. 21-10598-AMC |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF OBJECTION TO CLAIM

Louis Garozzo and Patricia Garozzo (the "Debtors"), through the undersigned counsel, have filed an objection to your claim in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled on December 08, 2021 at 11:00 a.m., in Courtroom #4, United States Bankruptcy Court 900 Market Street, Suite 400, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: November 04, 2021
Philadelphia, Pennsylvania

/s/ Jeffrey M. Carbino
Jeffrey M. Carbino (PA ID 71614)
1500 Walnut Street, Suite 1510
Philadelphia, PA 19102
Telephone: (215) 546-4700
Facsimile: (215) 546-7440
Email: jcarbino@jblawpc.com

*Counsel to the Debtor*