**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-10598-amc |
|    LOUIS GAROZZO and | ) | |
|    PATRICIA GAROZZO, | ) | |
|         Debtors | ) | CHAPTER 13 |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, upon consideration of the Debtor's Objection to Proof of Claim Filed by Ally Bank Pursuant to Bankruptcy Rule 3007 and 11 U.S.C. §§ 506 and 1325 and the response thereto, the Objection to Claim is denied by the Court.

BY THE COURT:

_____
Judge Ashely M. Chan
U.S. Bankruptcy Court

1

Please send copies to:

Louis Garozzo
Patricia Garozzo
148 Daly Street
Philadelphia, PA 19148

Erik B. Jensen, Esquire
Jensen Bagnato, PC
1500 Walnut St., Suite 1510
Philadelphia, PA 19102

Scott F. Waterman, Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130