**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          )          CASE NO. 21-10598-AMC
                                                )
    LOUIS A. GAROZZO and          )
    PATRICIA A. GAROZZO,          )
                Debtors     )          CHAPTER 13


**PRAECIPE TO WITHDRAW OBJECTION TO PROPOSED
CHAPTER 13 PLAN AND CONFIRMATION THEREOF**

TO THE CLERK:

    Kindly withdraw the Objections to Confirmation of Chapter 13 Plan filed by Ally Bank in the above matter.

                Respectfully submitted,

                MESTER & SCHWARTZ, P.C.


                /s/  Jason  Brett  Schwartz
                Jason Brett Schwartz, Esquire
                Attorney for Ally Bank
                1917 Brown Street
                Philadelphia, PA  19130
                Attorney No.: 92009
                (267) 909-9036


Dated: December 23, 2021