| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-10598-AMC

| | |
|---|---|
| Louis A Garozzo | Petition Filed Date: 03/11/2021 |
| Patricia A Garozzo | 341 Hearing Date: 05/07/2021 |
| 148 Daly Street | Confirmation Date: |
| Philadelphia  PA    19148 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $2,143.00 | 614975040 | 05/26/2021 | $2,143.00 | 614976647 | 06/28/2021 | $2,143.00 | 615108025 |
| 08/02/2021 | $2,143.00 | 615109230 | 08/27/2021 | $2,143.00 | 615116755 | 09/28/2021 | $2,143.00 | 615273761 |
| 11/02/2021 | $2,143.00 | 615274637 | 12/07/2021 | $2,143.00 | 615511258 | 03/28/2022 | $6,702.00 | 1572810617 |
| 05/04/2022 | $2,143.00 | 615878976 | 05/31/2022 | $2,143.00 | 1048000408 | 06/29/2022 | $2,143.00 | 616040908 |

**Total Receipts for the Period:  $30,275.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $30,275.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ALLY FINANCIAL »» 05S | Secured Creditors | $12,991.51 | $0.00 | $0.00 |
| 2 | ALLY FINANCIAL »» 05U | Unsecured Creditors | $6,492.95 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL »» 06S | Secured Creditors | $21,074.44 | $0.00 | $0.00 |
| 4 | ALLY FINANCIAL »» 06U | Unsecured Creditors | $9,475.41 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $584.73 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $1,174.09 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $758.64 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $1,141.91 | $0.00 | $0.00 |
| 9 | CARRINGTON MORTGAGE SERVICES LLC »» 007 | Mortgage Arrears | $94,147.64 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $463.74 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $927.97 | $0.00 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $241.43 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $453.76 | $0.00 | $0.00 |
| 14 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $821.12 | $0.00 | $0.00 |
| 15 | ASHLEY FUNDING SVCS LLC »» 013 | Unsecured Creditors | $411.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10598-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,920.00 | $0.00 | $3,920.00 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»»  014 | Secured Creditors | $5,079.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,275.00 | Current Monthly Payment: | $2,234.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2,507.00 |
| Paid to Trustee: | $2,614.87 | Total Plan Base: | $132,286.00 |
| Funds on Hand: | $27,660.13 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.