**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

Louis & Patricia Garozzo                    Chapter: 13
                                            Bky. No. 21-10598-amc

**Debtors.**

## CERTIFICATE OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtors, do hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

WHEREFORE, the Application filed is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date: 12/14/22                              /s/ Erik B. Jensen
                                            Erik B. Jensen, Esquire
                                            *Attorney for Debtors*